

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2013

No. 04-13-00077-CV

Juan **ENRIQUEZ**,
Appellant

v.

Oliver **BELL**, in his Official Capacity as Chairman of the Texas Board of Criminal Justice et al,
Appellee

From the 250th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-003703
The Honorable Scott H. Jenkins, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

The appellant's Motion for Leave to File Reply Brief is GRANTED.

It is so ORDERED on this 15th day of November, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

November 15, 2013

No. 04-13-00077-CV

Juan **ENRIQUEZ**,
Appellant

v.

Oliver **BELL**, in his Official Capacity as Chairman of the Texas Board of Criminal Justice et al,
Appellee

From the 250th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-003703
The Honorable Scott H. Jenkins, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

The appellant's Motion for Leave to File Reply Brief is GRANTED.

It is so ORDERED on this 15th day of November, 2013.

**PER CURIAM**

ATTESTED TO: _/S/ Keith E. Hottle_
                   Keith E. Hottle
                   Clerk of Court

ENTERED THIS 15TH DAY OF NOVEMBER, 2013.

VOL. _____ PAGE _____